UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 11-23463-CIV-GOLD/WHITE
10-20279-CR-GOLD

JOSE A. PERLA-MARTINEZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS [ECF NO. 8]; DENYING MOTION TO VACATE [ECF NO. 1]; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Patrick A. White's Report and Recommendations ("Report") [ECF No. 8], filed March 8, 2011, in which Magistrate Judge White recommends denying Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255. In his Motion to Vacate [ECF No. 1], Movant argues he received ineffective assistance of counsel because counsel advised him he faced a maximum of 24 months in prison, and Movant was sentenced to 57 months. Judge White recommends denial of the Motion to Vacate because, during the plea colloquy, Movant was advised by the Court that he faced a maximum of 10 years imprisonment, and Movant acknowledged and accepted this information. Therefore, even if Movant's counsel erroneously advised him about his sentence, Movant cannot demonstrate prejudice from this advice.

Movant has not filed objections to the Report, and the time to do so has expired. I must conduct a review of only the portions of Judge White's Report to which objections were filed. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or

recommendations to which objection is made."); *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("The statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection."). Accordingly, having reviewed the Report and noting that no objections have been timely filed, it is hereby ORDERED AND ADJUDGED:

1. The Report and Recommendation [ECF No. 8] is **AFFIRMED AND ADOPTED.**

2. The Motion to Vacate Sentence [ECF No. 1] is **DENIED.**

3. All pending motions are **DENIED as MOOT** and all hearings are **CANCELLED.**

4. This case is **CLOSED.**

DONE AND ORDERED in Chambers at Miami, Florida, this ___19___ day of April, 2012.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
All counsel and parties of record